1124

■

Thomas James WELCH, Petitioner–
Appellant,

v.

Anthony C. NEWLAND, Warden,
Respondent–Appellee.

No. 00–15366

D.C. No. CV–99–05371–DLB

United States Court of Appeals,
Ninth Circuit.

Filed Oct. 29, 2001

Before: CANBY, HAWKINS, and
GOULD, Circuit Judges.

ORDER

The mandate in this matter is ordered STAYED pending the decision of the United States Supreme Court in *Saffold v. Newland, cert. granted,* —— U.S. ——, 122 S.Ct. 393, —— L.Ed.2d —— (2001) (250 F.3d 1262 (9th Cir.2000)).